No. 645.   PELLEY *v.* UNITED STATES;
No. 646.   BROWN *v.* UNITED STATES; and
No. 647.   FELLOWSHIP PRESS, INC. *v.* UNITED STATES. February 15, 1943.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Oscar F. Smith* and *Floyd G. Christian* for petitioners.   *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Arnold Raum, Oscar A. Provost,* and *John Ford Baecher* for the United States.

No. 648.   EARP *v.* JONES, COLLECTOR OF INTERNAL REVENUE.   February 15, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Messrs. R. M. Rainey* and *Streeter B. Flynn* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum, J. Louis Monarch,* and *Earl C. Crouter* for respondent.

No. 649.   MASHUNKASHEY, NOW BRADSHAW, *v.* UNITED STATES ET AL.   February 15, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Messrs. Neal E. McNeill* and *Stephen R. Lewis* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States, and *Mr. Ralph A. Barney* for A. G. Williams et al., respondents.

No. 650.   GULF REFINING CO. *v.* FETSCHAN ET AL. February 15, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph S. Graydon* and *John Spalding Flannery*